IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JARRED MICHAEL SHARP,

      Appellant,

v.

      Case No. 5D22-1794
      LT Case No. 2021-CF-023322-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and MACIVER, JJ., concur.